GUSSIE GROSS, PLAINTIFF-RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, A CORPORATION, DEFENDANT-APPELLANT.

Submitted May 15, 1936—Decided June 4, 1936.

Before Justices BODINE and HEHER.

For the defendant-appellant, *Collins & Corbin, Edward A. Markley* and *Patrick F. McDevitt*.

For the plaintiff-respondent, *Feinberg & Feinberg*.

PER CURIAM.

The defendant appeals from a judgment in favor of the plaintiff. The case was properly submitted to the jury, and the issues of negligence and contributory negligence were for them. *McPherson* v. *Hudson and Manhattan Railroad Co.*, 100 *N. J. L.* 262; 127 *Atl. Rep.* 23; *affirmed*, 101 *N. J. L.* 410; 128 *Atl. Rep.* 231. Suffice it to say, that it clearly appears from the proofs that after the plaintiff had boarded the defendant's train the door was suddenly closed before she could reach a place of safety. The door caught her left hand causing the injuries of which she complained. She was carrying a large bundle which made it necessary to enter sideways.

Judgment is affirmed, with costs.